THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

FILED

AUG 1 8 2022

Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendants. | CR 22-93-BLG-SPW<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION<br>Title 18 U.S.C. § 922(g)(8)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about July 23, 2021, at Emigrant and within Park County, in the State and District of Montana, the defendant, CHAD LEROY STONE, knowing he was subject to a court order, issued after a hearing of which he received actual

1

notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(8).

## FORFEITURE ALLEGATION

If convicted of the offense charged in this indictment, the defendant, CHAD LEROY STONE, pursuant to 18 U.S.C. § 924(d), shall forfeit to the United States any firearm and ammunition used and involved in a knowing violation of said offenses.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X__
Bail: _____

2