# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

RECEIVED
2022 AUG 18 PH 4:31
US MARSHALS SERVICE
BILLINGS, MONTANA

UNITED STATES OF AMERICA,

                                Plaintiff,

vs.

CHAD LEROY STONE,

                                Defendant.

CR-22-93-BLG-SPW

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

    YOU ARE HEREBY COMMANDED to arrest CHAD LEROY STONE and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Prohibited Person in Possession of a Firearm and Ammunition in violation of Title 18 United States Code, Section 922(g)(8) and Forfeiture Allegation.

Assigned to: Thomas Godfrey

_Juliana Edwards_
Juliana Edwards, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 18th day of August, 2022

| *RETURN* | |
|---|---|
| **DATE RECEIVED:** | **LOCATION:** |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** 8/24/2022 | *Timothy Hornung (A)* |
| **LOCATION:** Livingston, MT | **UNITED STATES MARSHAL** |
| **BY:** [signature]         Deputy U.S. Marshal | |