EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-22-93-BLG-SPW** |
| Plaintiff, | |
| vs. | **NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |
| CHAD LEROY STONE, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant, Chad Leroy Stone, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated August 25, 2022, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 25th day of August, 2022.

           /s/ Evangelo Arvanetes
           EVANGELO ARVANETES
           Assistant Federal Defender
                Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 25, 2022, a copy of the foregoing document was served on the following persons by the following means:

|  |  |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.    CLERK, UNITED STATES DISTRICT COURT

2.    THOMAS GODFREY
      Assistant United States Attorneys
      United States Attorney's Office
      2601 2nd Avenue North, Suite 3200
      Billings, MT 59101
            Counsel for the United States of America

3.    CHAD LEROY STONE
            Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Assistant Federal Defender
      Counsel for Defendant