THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHAD LEROY STONE, Defendant. | CR 22-93-BLG-SPW  NOTICE OF TRIAL DAYS |
|---|---|

The United States, represented by Assistant United States Attorney Thomas K. Godfrey, files this notice advising the Court and counsel that the United States anticipates the government's case-in-chief for the trial scheduled for October 24, 2022, will require approximately one and one-half trial days to complete.

//

DATED this 30th day of August, 2022.

                                    JESSE A. LASLOVICH
                                    United States Attorney

                                    */s/ Thomas K. Godfrey*
                                    THOMAS K. GODFREY
                                    Assistant U. S. Attorney