EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana  59101
vann_arvanetes@fd.org
Phone:  (406) 259-2459
Fax:  (406) 259-2569
    Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW-TJC<br><br><br>**MOTION TO VACATE<br>DETENTION HEARING** |

COMES NOW, Defendant Chad Leroy Stone, by and through his Counsel of record, Evangelo Arvanetes and the Federal Defenders of Montana, and hereby moves this Court for an Order vacating the Detention Hearing in this matter, presently set for Tuesday, September 6, 2022, at 9:30 a.m.

Undersigned Counsel has conferred with U.S. Attorney Thomas K. Godfrey and he has no objections.

RESPECTFULLY SUBMITTED 6th day of September, 2022.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
   Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on September 6, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-EDF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT  59101
       Counsel for the United States.

3. CHAD LEROY STONE
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant