# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHAD LEROY STONE, <br><br> Defendant. | Case No. CR-22-93-BLG-SPW-TJC <br><br> **ORDER TO VACATE DETENTION HEARING** |

Defendant Chad Leroy Stone, having filed a Motion to Vacate Change of Plea Hearing,

Wherefore, IT IS ORDERED:

That the Detention Hearing for Defendant Chad Leroy Stone, presently set for Tuesday, September 6, 2022, at 9:30 a.m., is VACATED.

DATED this _____ day of _____, 2022.

_____
TIMOTHY J. CAVAN
U. S. DISTRICT MAGISTRATE JUDGE