IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | CR 22-93-BLG-SPW-TJC<br><br>**ORDER VACATING DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 18.)

Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for September 6, 2022 at 9:30 a.m. is VACATED.

DATED this 6th day of September, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge