EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101-2372
vann_arvanetes@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
    Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-93-BLG-SPW |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR DETENTION HEARING** |
| CHAD LEROY STONE, | |
| Defendant. | |

COMES NOW the Defendant, CHAD LEROY STONE, by and through his attorney of record, EVANGELO ARVANETES, and the FEDERAL DEFENDERS OF MONTANA, and hereby respectfully request this honorable Court to set a detention hearing in this matter at the Court's convenience for next week.

The undersigned has contacted Assistant United States Attorney Thomas Godfrey regarding this motion, and he stated he has no objection to setting a detention hearing in this matter, but objects to defendant's release.

RESPECTFULLY SUBMITTED this 8th day of September, 2022.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on September 8, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. CHAD LEROY STONE
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant