# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW-TJC<br><br><br>**ORDER SETTING DETENTION HEARING** |

UPON MOTION of counsel for the Defendant and for good cause shown,

IT IS HEREBY ORDERED that a detention hearing is set in the above-referenced matter for the _____ day of _____, 2022, at the hour of _____ o'clock, ___.m.

The Clerk of Court is to notify counsel of the making of this Order.

DATED this _____ day of September, 2022.

_____
TIMOTHY J. CAVAN
U.S. MAGISTRATE JUDGE