EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101-2372
Vann_arvanetes@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW-TJC<br><br>**UNOPPOSED<br>MOTION TO CONTINUE<br>DETENTION HEARING** |

COMES NOW Defendant CHAD LEROY STONE, by and through his counsel of record, EVANGELO ARVANETES, Assistant Federal Defender and the FEDERAL DEFENDERS OF MONTANA and moves the Court for an order continuing the Detention Hearing currently set for September 12, 2022, at 9:00 a.m.

The grounds for this motion are as follows:

1. Undersigned counsel requests this continuance to have subpoenas issued and served for witnesses Mr. Stone is prepared to call on to testify at the detention hearing. In addition, since these witnesses are all in Park County, Montana, Mr. Stone will be requesting their appearances telephonically or via Zoom.[1]

2. Undersigned counsel respectfully requests the Court to continue the hearing on either Thursday, September 15, 2022, or Friday, September 16, 2022, at a time convenient to the Court.

2. Counsel has contacted Thomas Godfrey of the United States Attorney's Office regarding this continuance, and he has no objection to this motion.

RESPECTFULLY SUBMITTED this 9th day of September, 2022.

    /s/ Evangelo Arvanetes
    EVANGELO ARVANETES
    Federal Defenders of Montana
    Counsel for Defendant

---

[1] AUSA Thomas Godfrey does not object to Stone's witnesses appearing via telephone or Zoom. A Motion for their appearances will be filed forthwith.

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on September 9, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
   　　Counsel for the United States

3. CHAD LEROY STONE
   　　Defendant

　　　　　　　　　　　　　　　　/s/ Evangelo Arvanetes
　　　　　　　　　　　　　　　　EVANGELO ARVANETES
　　　　　　　　　　　　　　　　Federal Defenders of Montana
　　　　　　　　　　　　　　　　　　Counsel for Defendant