# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW-TJC<br><br>**ORDER TO CONTINUE<br>DETENTION HEARING** |

Defendant, CHAD LEROY STONE, having filed a Motion to Continue the Detention Hearing and good cause appearing therefore;

IT IS HEREBY ORDERED that the Detention Hearing presently set for September 12, 2022, at 9:00 a.m., is vacated.

IT IS FURTHER ORDERED that the Detention Hearing will be rescheduled for _____ a.m. on the _____ day of _____, 2022.

DATED this _____ day of _____, 2022.

_____
TIMOTHY J. CAVAN
U. S. MAGISTRATE COURT JUDGE