RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101-2372
russell_hart@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>   Defendant. | Case No. CR-22-93-BLG0-SPW<br><br><br>**NOTICE OF APPEARANCE<br>AS CO-COUNSEL** |

     Russell A. Hart of the Federal Defenders of Montana, 2702 Montana Avenue, Suite 101, Billings, Montana, 59101, hereby enters his appearance as co-counsel for Chad Leroy Stone in the above-referenced case.

     RESPECTFULLY SUBMITTED this 9th day of September, 2022.

                         /s/ Russell A. Hart
                         RUSSELL A. HART
                         Federal Defenders of Montana
                           Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on September 9, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| 3 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 Second Avenue, North
   Billings, MT 59101
       Counsel for the United States

3. CHAD LEROY STONE
       Defendant

    /s/ Russell A. Hart
    RUSSELL A. HART
    Federal Defenders of Montana
        Counsel for Defendant