IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | CR 22-93-BLG-SPW<br><br>**ORDER** |

Before the Court is Defendant's Unopposed Motion to Continue Detention Hearing. (Doc. 24.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing presently set for September 12, 2022 at 9:00 a.m., is CONTINUED to **September 15, 2022, at 2:00 p.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 9th day of September, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge