EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
evangelo_arvanetes@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
      Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW-TJC<br><br>**UNOPPOSED MOTION FOR LEAVE FOR DEFENSE WITNESSES TO APPEAR VIA VIDEO OR TELEPHONE FOR DETENTION HEARING** |

COMES NOW the Defendant, CHAD LEROY STONE, by and through his attorney of record, EVANGELO ARVANETES, and the FEDERAL DEFENDERS OF MONTANA, and hereby move this honorable Court to allow detention witnesses, Lisa Simms (Bush), Thomas Willie, Park County Sheriff Brad Bichler, Park County Undersheriff Clay Herbst, and Park County Sheriff's Detective Renton

Stoddard to appear via Zoom video or via telephone for the Detention Hearing scheduled on Thursday, September 15, 2022, at 2:00 p.m.

Lisa Simms (Bush), Thomas Willie, Sheriff Bichler, Undersheriff Herbst, and Detective Stoddard all reside in Park County, Montana.

The undersigned has contacted Assistant United States Attorney Thomas K. Godfrey regarding this Motion, and he has no objection.

RESPECTFULLY SUBMITTED this 9th day of September, 2022.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on September 9, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
       Counsel for the United States

3. CHAD LEROY STONE
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant