# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHAD LEROY STONE, <br><br> Defendant. | Case No. CR-22-93-BLG-SPW-TJC <br><br> **ORDER ALLOWING DEFENSE WITNESSES TO APPEAR VIA ZOOM VIDEO OR TELEPHONICALLY FOR DETENTION HEARING** |

UPON MOTION of counsel for Defendant, Chad Leroy Stone, for defense witnesses to appear via Zoom video or telephonically for the scheduled detention hearing on September 15, 2022, at 2:00 p.m. and for good cause shown,

IT IS HEREBY ORDERED that defense witnesses Lisa Simms (Bush), Thomas Willie, Park County Sheriff Brad Bichler, Park County Undersheriff Clay Herbst, and Park County Sheriff's Detective Renton Stoddard, be allowed to appear via Zoom video/telephonically for the detention hearing on September 15, 2022 at 2:00 p.m.

The Clerk of Court is to notify counsel of the making of this Order.

DATED this \_\_\_\_ day of _____, 2022.

_____
TIMOTHY J. CAVAN
U.S. MAGISTRATE JUDGE