IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | CR 22-93-BLG-SPW<br><br>**ORDER** |

Defendant has filed an unopposed motion to allow defense witnesses to appear at the Detention Hearing by video. (Doc. 28.) Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

Defense witnesses Lisa Simms (Bush), Thomas Willie, Park County Sheriff Brad Bichler, Park County Undersheriff Clay Herbst, and Park County Sheriff's Detective Renton Stoddard, shall be allowed to appear via Zoom at the detention hearing on September 15, 2022 at 2:00 p.m.

The Court will host the Zoom conference and provide defense counsel access information by email prior to the conference.

DATED this 12th day of September, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge