EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
vann_arvanetes@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>   Defendant. | Case No. CR-22-93-BLG-SPW<br><br>**UNOPPOSED<br>MOTION TO EXTEND<br>DEADLINE TO FILE PRETRIAL<br>MOTIONS** |

COMES NOW Defendant CHAD LEROY STONE, by and through his counsel of record, the FEDERAL DEFENDERS OF MONTANA and EVANGELO ARVANETES, Assistant Federal Defender, and moves the Court for an order continuing the deadline to file Pretrial Motions currently scheduled for September 14, 2022. It is respectfully requested that this Honorable Court continue the deadline date from September 14, 2022, to September 21, 2022.

The grounds for this motion are as follows:

The undersigned party needs additional time to review caselaw and prepare any necessary pretrial Motions.

Defense Counsel has contacted Thomas Godfrey of the United States Attorney's Office regarding this continuance, and he has no objection to this motion, but is requesting sufficient time to respond.

RESPECTFULLY SUBMITTED this 13th day of September, 2022.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on September 13, 2022, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS GODFREY
    Assistant United States Attorney
    United States Attorney's Office
    2601 Second Avenue North
    Billings, MT 59101
        Counsel for the United States

3. CHAD LEROY STONE
        Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant