# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW<br><br><br>**ORDER TO EXTEND DEADLINE<br>TO FILE PRETRIAL MOTIONS** |

Upon the Motion to Extend Deadline to File Pretrial Motions filed by Defendant and for good cause appearing,

IT IS HEREBY ORDERED that the deadline to file pretrial motions will be extended to the _____ day of _____, 2022.

The Clerk of Court is direct to notify counsel of the making of this Order.

DATED this _____ day of _____, 2022.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE