IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD LEROY STONE,<br><br>Defendant. | Case No. CR-22-93-BLG-SPW<br><br>ORDER TO EXTEND DEADLINE<br>TO FILE PRETRIAL MOTIONS |

Upon the Defendant's Unopposed Motion to Extend Deadline to File Pretrial Motions (Doc. 31), and for good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to file pretrial motions is extended up to and including **September 21, 2022**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of September, 2022.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE