# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-93-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS INDICTMENT** |
| CHAD LEROY STONE, | |
| Defendant. | |

Defendant Chad Leroy Stone, having filed a Motion to Dismiss Indictment,

Wherefore, IT IS ORDERED:

That the Indictment has been dismissed.

DATED this \_\_\_\_\_ day of _____, 2022.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE