```
                                              PARK COUNTY CLERK
                                              OF DISTRICT COURT
                                              JOYCE LITTLE
 1  HON. BRENDA R. GILBERT
    District Judge                            2017 NOV 15 PM 2 31
 2  Sixth Judicial District
 3  414 East Callender Street                     FILED
    Livingston, Montana 59047                BY _____
 4  406-222-4130                                    DEPUTY
```

## MONTANA SIXTH JUDICIAL DISTRICT COURT, SWEET GRASS ~~PARK~~ COUNTY
*************

IN RE THE MARRIAGE OF:           )
                                 )   Cause No. DR 15-117
CHAD STONE,                      )
                                 )
        Petitioner,              )   **AMENDED**
                                 )   **ORDER OF PROTECTION**
and                              )
                                 )
LINDSEY STONE,                   )
                                 )
        Respondent.              )

On October 26, 2017, the Court issued a Temporary Order of Protection based on Respondent's Petition. The court also set an order to show cause why the Temporary Order of Protection should not continue as an Order of Protection.

The Petitioner was personally served on October 28, 2017.

A hearing was held on November 13, 2017. Petitioner attended with counsel Karl Knuchel and Respondent appeared with counsel Jami Rebsom.

From the Petition and the evidence presented at the hearing, the Court finds that Respondent in this action is in danger of harm and that good cause exists for the Order of Protection to continue as ordered below.

IT IS THEREFORE ORDERED:

1. Although the Respondent, Lindsay Stone, filed the Petition and was the Petitioner for purposes of the Temporary Order of Protection, for continuity in the file the Petitioner in this matter is Chad Stone and the Respondent and Protected Person is Lindsey Stone.

2. Petitioner must not threaten to commit or commit any acts of violence against the Respondent.

3. Petitioner must not harass, annoy, disturb the peace of the Respondent.

4. Petitioner must not telephone, contact, or otherwise communicate, directly or indirectly, with the Respondent.

5. Petitioner must stay 1500 feet away from the Respondent, Respondent's residence, Respondent's place of employment, and Respondent's vehicle.

6. The parties shall follow the June 11, 2017 Parenting Plan, as amended on September 21, 2017, but the exchanges shall take place through a third party of Respondent's choosing. The exchanges shall also take place in the Park County Law Enforcement parking lot behind courthouse at 414 E. Callender St., Livingston, Montana.

7. Petitioner is prohibited from possessing or receiving any firearms.

8. Petitioner is prohibited from possessing or receiving firearms or ammunition that have been transported interstate; and respondent is prohibited from transporting firearms and ammunition in interstate commerce. (This pertains to Orders of Protection restraining respondent from intimate partners and children.)

This Order of Protection shall remain in full force and effect for **Three (3) years** from the date of this Order, at which time Respondent may request that the Order be extended by filing a Motion with the Court.

| | |
|---|---|
| 1 | Respondent should immediately report any violations of this Order to Law enforcement. |
| 2 | Respondent also has the right to return to Court to report any violations of this order. |
| 3 | |
| 4 | **WARNING** |
| | VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE UNDER MONT. |
| 5 | CODE ANN. 45-5-220 OR 45-5-626 AND MAY CARRY PENALTIES OF UP TO $10,000.00 IN FINES AND UP TO A 5-YEAR JAIL SENTENCE. |
| 6 | THIS ORDER IS ISSUED BY THE COURT AND THE PETITIONER IS FORBIDDEN TO DO ANY ACT LISTED IN THE ORDER, EVEN IF INVITED BY THE |
| 7 | RESPONDENT OR ANOTHER PERSON. THIS ORDER MAY BE AMENDED ONLY BY FURTHER ORDER OF THIS COURT OR ANOTHER COURT THAT ASSUMES |
| 8 | JURISDICTION OVER THIS MATTER. |
| 9 | WARNING: VIOLATION OF SECTION 11 IS A FEDERAL FELONY PUNISHABLE BY A FINE OF UP TO $250,000.00 AND IMPRISONMENT OF UP TO 10 |
| 10 | YEARS UNDER 18 U.S.C. 992(g)(8). |
| 11 | |
| 12 | The Sheriff of any county is hereby directed to serve, without cost to Respondent, a copy of |
| 13 | this Order of Protection upon Petitioner, and to file a return of service with the clerk of this Court. |
| 14 | ISSUED this _15th_ day of _November_, _2017_, at the hour of _2:25_ _p_.m. |
| 15 | _Brenda R. Gilbert_ |
| 16 | BRENDA R. GILBERT, District Judge |
| 17 | SHERIFF'S SERVICE |
| 18 | I served this Order of Protection on the Petitioner by delivering a copy to him at |
| 19 | _____ .m. on _____, ____. |
| 20 | |
| 21 | |
| 22 | Sheriff's Deputy |
| | -or- |
| 23 | |
| 24 | Copies of this Order were sent by first class mail, postage prepaid, or hand delivered to |
| 25 | the following parties and agencies on this ___ day of _____, ____. |
| 26 | |
| 27 | Clerk of Court |
| 28 | |

1  cc:  Karl Knuchel
2       Jami Rebsom ℓℓ
        Judge Gilbert            MLO 111517- ME
3       Sheriff c/c
4       Dispatch /c/c
5
6
7                   CERTIFICATE
8   STATE OF MONTANA        } ss:
    6TH JUDICIAL PRECINCT
    COUNTY OF PARK
9       I hereby certify that this sheet and all
        attached sheets identified by Impression of
10      my Official Seal, are each and all true and
        correct copies of originals filed in my Office in
                                          Case No.
11         DR-15-117
12      Witness my hand and official seal this
        5th day of July, 2021
13          MoW Bradbury
            Clerk of District Court for
14          Park County, Montana

15          Deputy Clerk
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                            4

