```
HON. BRENDA R. GILBERT
District Judge
Sixth Judicial District
414 East Callender Street
Livingston, Montana 59047
406-222-4130
```

PARK COUNTY CLERK
OF DISTRICT COURT
MOLLY B... BERRY

2020 NOV 9 PM 1 17

FILED

MONTANA SIXTH JUDICIAL DISTRICT COURT, PARK COUNTY
* * * * * * * * * * * * *

IN RE THE MARRIATE OF:  )
                        )   Cause No. DR 15-117
CHAD STONE,             )
                        )
    Petitioner,         )
                        )   ORDER REGARDING MOTIONS
and                     )   AND SCHEDULING HEARING
                        )
LINDSEY STONE,          )
    Respondent.         )

The Respondent filed a Motion to Extend Order of Protection Indefinitely due to Violations and a Motion to Hold Petitioner in Contempt. The Respondent did not file any responses to the Motions, but did file a Notice to the Court / Notice of Appeal. Respondent's Notice is not response to Respondent's Motions. The Court, having reviewed the Motions, now enters the following Order:

1. Respondent's Motion to Extend Order of Protection Indefinitely due to Violations is GRANTED. The Order of Protection is hereby Permanent, unless amended or vacated by Order of the Court.
2. A hearing shall be held on the Respondent's Motion to Hold Petitioner in Contempt on Tuesday, January 19, 2021 at 4:00 p.m. and shall be limited to One (1) hour.

DATED THIS 9th day of November, 2020.

BRENDA R. GILBERT, District Judge

cc: Chad Stone   mail
    Karl Knuchel  email      11/9/20

CERTIFICATE
STATE OF MONTANA
6TH JUDICIAL PRECINCT : ss:
COUNTY OF PARK

I hereby certify that this sheet and all attached sheets identified by impression of my... are each and all true and correct... als filed in my Office in Case No. DR 15-117

...and official seal this ... day of Aug, 2021

Molly Bradbery
Clerk of District Court for
Park County, Montana

Exhibit B