TIMOTHY A. TATARKA
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Tim.Tatarka@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHAD LEROY STONE, Defendant. | CR 22-93-BLG-SPW NOTICE OF CO-COUNSEL |
|---|---|

The United States provides notice to the Court and counsel that for all further proceedings for this defendant, co-counsel for the United States will now be Assistant U.S. Attorney Timothy A. Tatarka.

//

//

1

DATED this 12th day of December, 2022.

                                              JESSE A. LASLOVICH
                                              United States Attorney

                                              */s/ Timothy A. Tatarka*
                                              TIMOTHY A. TATAKRA
                                              Assistant U.S. Attorney