# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-22-93-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING TRIAL AND EXTENDING PRETRIAL MOTIONS DEADLINES** |
| CHAD LEROY STONE, | |
| Defendant. | |

Upon the Motion to Continue Trial and Extend Pretrial Motions Deadline filed by Defendant and for good cause appearing,

IT IS HEREBY ORDERED that the trial currently set for Tuesday, January 17, 2022, at 9:00 a.m., is VACATED.

IT IS FURTHER ORDERED that trial with a jury will be rescheduled for _____ a.m. on the _____ day of _____, 202_. For the purposes of the speedy trial act, the _____ days between _____, 202_, and _____, 202_, are excludible under 18 U.S.C. Section 3161(h)(8)(A)(B)(iv).

IT IS FURTHER ORDERED that all pretrial motions and supporting briefs, excluding motions in limine, shall be filed on or before _____, 2023.  Opposing parties must file responsive briefs by _____, 2023.

Any plea agreement with Motion for Change of Plea must be received by _____, 2023.

Any jury instructions must be received by _____, 2023.

The Clerk of Court is direct to notify counsel of the making of this Order.

DATED this _____ day of _____, 2022.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE