THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:      (406) 247-4645
FAX:        (406) 657-6989
Email:      Thomas.Godfrey@usdoj.gov


ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-93-BLG-SPW |
|---|---|
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| CHAD LEROY STONE, | |
| Defendant. | |

NOTICE IS GIVEN that the United States of America, represented by Thomas K. Godfrey, Assistant United States Attorney, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Dismissing Indictment filed on March 1, 2023.

1

Respectfully submitted this 13th day of March, 2023.

                                    JESSE A. LASLOVICH
                                    United States Attorney

                                    */s/ Thomas K. Godfrey*
                                    THOMAS K. GODFREY
                                    Assistant U. S. Attorney