|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAY 10 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

CHAD LEROY STONE,

    Defendant - Appellee.

No. 23-392

D.C. No. 1:22-cr-00093-SPW-1
District of Montana,
Billings

ORDER

Appellant's unopposed motion for voluntary dismissal of this appeal (Docket Entry No. 5) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT